# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARKEISHA DIXON,<br><br>Petitioner,<br><br>v.<br><br>M. PALLARES,<br><br>Respondent. | No. CV 21-07664-RGK (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the report, findings, and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss is granted and that Judgment be entered denying the Petition and dismissing this action without prejudice.

Date: July 21, 2022

R. GARY KLAUSNER
United States District Judge