# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARKEISHA DIXON,<br><br>Petitioner,<br><br>v.<br><br>M. PALLARES,<br><br>Respondent. | No. CV 21-07664-RGK (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Date: July 21, 2022

R. GARY KLAUSNER
United States District Judge